JOHN C. ORR and others, *Respondents, v.* ST. ANTHONY'S ROMAN CATHOLIC CHURCH OF THE CITY OF BROOKLYN, *Appellant.* — Judgment and order denying new trial reversed, and new trial granted, costs to abide event. Opinion by BARNARD, P. J.; CULLEN, J., not sitting.

JOHN W. METCALF, *Appellant, v.* JEREMIAH P. ROBINSON and GEORGE C. ROBINSON, *Respondents.* — Judgment and order denying new trial reversed, and new trial granted, costs to abide event. Opinion by CULLEN, J.

CHARLES E. PERKINS, *Appellant, v.* SAMUEL H. STERRETT and WILLIAM T. COLBORN, *Respondents.* — Judgment and order denying new trial reversed, and new trial granted, costs to abide event. Opinion by BARNARD, P. J.; CULLEN, J., not sitting.

THOMAS EAMES, *Appellant, v.* THE CITY OF BROOKLYN, *Respondent.* — Judgment affirmed, with costs. Opinion by CULLEN, J.

SARAH SEAMAN, *Respondent, v.* MARY E. WILLIAMS, *Appellant.* — Judgment of County Court affirmed, with costs. Opinion by DYKMAN, J.

HENRY BOSTWICK, *Receiver, etc., Respondent, v.* BEVERLY HAIGHT, *Appellant.* — Judgment affirmed, with costs. Opinion by BARNARD, P. J.

HENRY BOSTWICK, *Receiver, etc., Respondent, v.* SAMUEL L. VAN VOORHIS, *sole Executor, etc., Appellant.* — Judgment affirmed, with costs. Opinion by BARNARD, P. J.

ELIZABETH MELTZER, *Executrix, etc., Respondent, v.* EDWIN N. DOLL, *Executor, etc., Appellant.* — Judgment and order denying new trial affirmed, with costs. Order of 5th December, 1881, allowing costs to plaintiff, affirmed, with costs and disbursements. Order of April 19, 1882, denying new trial upon ground of newly discovered evidence, affirmed, with costs and disbursements. Order denying motion to punish W. B. Lynes for contempt; appeal dismissed, with costs and disbursements for non-service of papers. Judge CULLEN not sitting in the appeal from this order. Opinion by BARNARD, P. J.

ONIFRIO MONGANO, *Appellant, v.* THE PEOPLE OF THE STATE OF NEW YORK, *Respondent.* — Reargument ordered. DYKMAN, J., not sitting.

IN THE MATTER OF THE FINAL ACCOUNTING OF SWANE AUTROP. — Decree of surrogate adjudging illegitimacy of appellants reversed, with new trial granted. Opinion by CULLEN, J.; DYKMAN, J., dissenting.

FRANCIS L. CROMMETT and others, *Appellants, v.* THE KNICKERBOCKER LIFE INSURANCE COMPANY, *Respondent.* — Judgment affirmed, with costs. Opinion by DYKMAN, J.

EDWARD C. BOARDMAN, *as Receiver, etc., Respondent, v.* MARIA B. WHEELER, *Appellant, Impleaded, etc.* — Parts of judgment